# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION AT CHATTANOOGA

| | | |
|---|---|---|
| RONNIE ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:12-cv-379 |
| | ) | |
| SEELBACH AND CO., INC | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, acting through their respective counsel of record, hereby stipulate that Plaintiff's action against Defendant in this case is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. 41(a)(1)(A)(ii).

Respectfully submitted,

**GILBERT RUSSELL McWHERTER PLC**

_s/Justin S. Gilbert_
Justin S. Gilbert (TN Bar No. 017079)
Jonathan L. Bobbitt (TN Bar No. 23515)
Jessica F. Salonus (TN Bar No. 28158)
101 North Highland Avenue
Jackson, Tennessee 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com
jbobbitt@gilbertfirm.com
jsalonus@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

FORD & HARRISON LLP

_s/Raanon Gal w/permission_____
Raanon Gal (TN Bar No. 023634)
Sara Kaur Sahni (GA Bar No. 514608)
271 17th Street NW, Suite 1900
Atlanta, Georgia 30363
Telephone: 404-888-3844
Facsimile: 404-888-3863
rgal@fordharrison.com
ssahni@fordharrison.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on this 2nd day of January, 2014.

/s/ Justin S. Gilbert